AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/16

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Roger Fidler

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 00cr650

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

**Shira A. Scheindlin, USDJ**
Name and Title of Judge

4/1/2016
Date